IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DONALD MONTOGMERY, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:21-CV-269-RP |
| COMMISSIONER OF SOCIAL SECURITY, | § § § § | |
| Defendant. | § § | |

**FINAL JUDGMENT**

On August 11, 2022, United States Magistrate Judge Dustin Howell issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the final decision of the Commissioner of the Social Security Administration be affirmed, and that Plaintiff Melinda Rothblatt's appeal be dismissed with prejudice. (Dkt. 21). This Court adopted the report and recommendation and affirmed the Commissioner's decision on September 14, 2022. (Dkt. 23).

Accordingly, **IT IS ORDERED** that judgment is entered in favor of Defendant Nancy A. Berryhill, Commissioner of the Social Security Administration. **IT IS FURTHER ORDERED** that any relief requested by any party hereto not expressly granted herein is **DENIED**. **IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action.

**SIGNED** on September 14, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE